UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN RAMIREZ,<br><br>    Petitioner,<br><br>  v.<br><br>KEN CLARK,<br><br>    Respondent. | 1:06-CV-1029 OWW SMS HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br>(DOCUMENT #11) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 27, 2007, petitioner filed a motion to extend time to file a traverse to respondent's answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:  March 23, 2007**             **/s/ Sandra M. Snyder**
23ehd0                                  UNITED STATES MAGISTRATE JUDGE