1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| MARTIN RAMIREZ, | ) | 1:06-CV-01029 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #16] |
| | ) | |
| v. | ) | ORDER DENYING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| KEN CLARK, Warden, | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | ORDER DECLINING TO ISSUE |
| | ) | CERTIFICATE OF APPEALABILITY |

13
14
15
16
17
18
19
20

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

21

pursuant to 28 U.S.C. § 2254.

22

On November 19, 2007, the Magistrate Judge issued a Findings and Recommendation that

23

recommended the petition be DENIED with prejudice.  The Magistrate Judge further recommended

24

that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was

25

served on all parties and contained notice that any objections were to be filed within thirty (30) days

26

of the date of service of the order.

27

On December 6, 2007, Petitioner filed objections to the Findings and Recommendation. In

28

1    accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo*

2    review of the case.  Having carefully reviewed the entire file and having considered the objections,

3    the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the

4    record and proper analysis, and there is no need to modify the Findings and Recommendations based

5    on the points raised in the objections.

6             A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a

7    district court's denial of his petition, and an appeal is only allowed in certain circumstances.  Miller-

8    El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).  The controlling statute in determining whether to issue

9    a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

10           (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
         district judge, the final order shall be subject to review, on appeal, by the court
11       of appeals for the circuit in which the proceeding is held.

12           (b) There shall be no right of appeal from a final order in a proceeding to test the
         validity of a warrant to remove to another district or place for commitment or trial
13       a person charged with a criminal offense against the United States, or to test the
         validity of such person's detention pending removal proceedings.

14
         (c)      (1) Unless a circuit justice or judge issues a certificate of appealability, an
15               appeal may not be taken to the court of appeals from–

16               (A) the final order in a habeas corpus proceeding in which the
                 detention complained of arises out of process issued by a State
17               court; or

18               (B) the final order in a proceeding under section 2255.

19           (2) A certificate of appealability may issue under paragraph (1) only if the
         applicant has made a substantial showing of the denial of a constitutional right.

20
         (3) The certificate of appealability under paragraph (1) shall indicate which
21       specific issue or issues satisfy the showing required by paragraph (2).

22           If a court denies a petitioner's petition, the court may only issue a certificate of appealability

23   "if jurists of reason could disagree with the district court's resolution of his constitutional claims or

24   that jurists could conclude the issues presented are adequate to deserve encouragement to proceed

25   further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S. 473, 484 (2000).  While the

26   petitioner is not required to prove the merits of his case, he must demonstrate "something more than

27   the absence of frivolity or the existence of mere good faith on his . . . part." Miller-El, 123 S.Ct. at

28   1040.

U.S. District Court
E. D. California          cd                                    2

1    In the present case, the Court finds that reasonable jurists would not find the Court's

2 determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or

3 deserving of encouragement to proceed further.  Petitioner has not made the required substantial

4 showing of the denial of a constitutional right.  Accordingly, the Court hereby DECLINES to issue a

5 certificate of appealability.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1. The Findings and Recommendation issued November 19, 2007, is ADOPTED IN FULL;

8    2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

9    3. The Clerk of Court is DIRECTED to enter judgment; and

10    4. No certificate of appealability shall issue.

11

12 IT IS SO ORDERED.

13 **Dated:     December 20, 2007**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28